No. 402, Misc. CHAPMAN *v.* MOORE, WARDEN, ET AL. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se. Will Wilson,* Attorney General of Texas, and *Irwin R. Salmanson* and *Houghton Brownlee, Jr.,* Assistant Attorneys General, for respondents.

No. 504, Misc. SILIA *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied.

No. 505, Misc. JOHNSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Jones* and *I. Henry Kutz* for the United States.

No. 515, Misc. KERN *v.* PRUDENTIAL INSURANCE CO. OF AMERICA. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Walter R. Mayne* for respondent.

No. 523, Misc. KEYS *v.* McGEE, CORRECTIONS DIRECTOR, ET AL. Supreme Court of California. Certiorari denied.

No. 524, Misc. HANZ *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 525, Misc. MARSHALL *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 526, Misc. AURIGEMMA *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.